**Writ of Mandamus is DENIED; Opinion Filed August 28, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01145-CV

## IN RE JACKSON FULGHAM, D/B/A COMMERCE STREET PARTNERS, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-08353**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

Relator contends the trial judge erred in granting partial summary judgment. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus and motion for emergency relief.

/Lana Myers/
LANA MYERS
JUSTICE

131145F.P05